UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GAVIN P. VANDERBECK**, Plaintiff, vs. **KILE,** *Sgt. Correctional Officer*, Defendant. | **2:23-CV-10801-TGB-CI** |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED AND ADJUDGED** that Vanderbeck's complaint is **DISMISSED FOR WANT OF PROSECUTION.** *See* Fed. R. Civ. P. 41(b).

Dated at Detroit, Michigan:   July 6, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE